*E-FILED - 6/4/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KYLE WHELAN AVERY,<br><br>Plaintiff,<br><br>v.<br><br>CHACON, et al.,<br><br>Defendants. | C 03-4233 RMW (PR)<br><br>[~~Proposed~~] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

For good cause appearing, the request of Defendant Thompson for an extension of time to file a dispositive motion is hereby GRANTED. Defendant may file a motion for summary judgment or other dispositive motion up to and including July 13, 2009, Plaintiff's opposition is due no later than August 12, 2009, and Defendant's reply brief is due on or before August 27, 2009.

IT IS SO ORDERED.

Dated: 6/4/09

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Avery v. Chacon, et al.**
No.:   **C 03-4233 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 12, 2009</u>, I served the attached

**DEFENDANT'S WAIVER OF REPLY AND DEMAND FOR JURY TRIAL**

**DEFENDANT'S MOTION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF L. RIVO IN SUPPORT OF DEFENDANT'S MOTION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[Proposed] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Kyle Avery, E-67897**
**Folsom State Prison**
**P. O. Box 71**
**Represa, CA 95671**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2009, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

SF2009201826
20199613.doc