*E-FILED - 7/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE W. AVERY,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER THOMPSON,<br><br>        Defendant.<br>_____ / | No. C 03-04233 RMW (PR)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br><br>(Docket No. 47) |

Defendant has requested a second extension of time in which to file a dispositive motion. Having read and considered defendant's ex parte request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendant's ex parte request for a second extension of time is GRANTED. The time in which defendant may file a dispositive motion will be extended up to and including **September 11, 2009**. **No further extensions of time will be granted**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on the defendant no later than **thirty (30) days** after the date defendant's motion is filed. If defendant wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

///

///

Order Granting Defendant's Second Motion for Extension of Time to File a Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.03\Avery233.2dEOT.wpd

1    This order terminates docket no. 47.

2    IT IS SO ORDERED.

3    Dated:  7/17/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Defendant's Second Motion for Extension of Time to File a Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.03\Avery233.2dEOT.wpd          2