1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WHELAN AVERY, ) | No. C 03-4233 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER REFERRING PLAINTIFF TO |
| ) | FEDERAL PRO BONO PROJECT AND |
| vs. ) | STAYING PROCEEDINGS PENDING |
| ) | APPOINTMENT OF COUNSEL |
| OFFICER THOMPSON, ) | |
| ) | |
| Defendant. ) | (Docket Nos. 101, 102, 104) |
| _____ ) | |

Plaintiff, a state prisoner, filed a pro se prisoner complaint under 42 U.S.C. § 1983, arguing that defendant unlawfully deprived him of property and violated his First Amendment rights to freedom of speech and religion. On October 5, 2010, the court granted in part, and denied defendants' motion for summary judgment. The court directed the parties to a renewed motion for summary judgment on the remaining First Amendment claims. After briefing, on June 24, 2011, the court denied both parties' motions for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. On October 26, 2011, Magistrate Judge Vadas reported that the case did not settle.

Plaintiff has moved for appointment of counsel. It appears that the case will be tried. The court concludes that counsel should be appointed, and grants plaintiff's motion. This matter is referred to the Federal Pro Bono Project to find counsel.

The clerk shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a copy of the docket sheet, and (iii) a copy of the operative complaint and relevant court orders.

Order Appointing Counsel
G:\PRO-SE\SJ.Rmw\CR old\CR.03\Avery233refprobono.wpd

1  Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel
2  for plaintiff in this matter until further order of the court.  All proceedings in this action are
3  stayed until four weeks from the date an attorney is appointed to represent plaintiff.
4       Plaintiff's motion for an order of transportation and motion to vacate the settlement
5  conference are denied as moot.  This order terminates docket numbers 101, 102, and 104.

6      IT IS SO ORDERED.
7  DATED: _____ *Ronald M. Whyte*
                        RONALD M. WHYTE
8                          United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AVERY,

          Plaintiff,

  v.

WOODFORD ET AL et al,

          Defendant.

Case Number: CV03-04233 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle Whelan Avery E-67897
California Correctional Institution
C.S.P. - Richard J. Donovan (RJD)
480 Alta Road
P. O. Box 799002
San Diego, CA 92179-9002

Dated: January 22, 2013

                                                  Richard W. Wieking, Clerk
                                                  By: Jackie Lynn Garcia, Deputy Clerk