UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WHELAN AVERY,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMPSON,<br><br>    Defendant. | Case No. 03-cv-04233-RMW   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**<br><br>Re: Dkt. No. 116 |

A settlement conference was held on August 16, 2013 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Kyle Avery by phone and Plaintiff's counsel, Lori Rifkin in Court

   ( ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Michael Quinn in Court

   ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

   ( ) The parties are unable to reach an agreement at this time.

1   **IT IS SO ORDERED.**

2   Dated: 8/16/13

3   _____

4   NANDOR J. VADAS
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California