| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARISA Y. KIRSCHENBAUER<br>Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN<br>Deputy Attorney General |
| 4 | State Bar No. 209542<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5726 |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Michael.Quinn@doj.ca.gov |
| 7 | *Attorneys for Defendant Thompson* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KYLE WHELAN AVERY,** | C 03-4233 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| **CHACON, et al.,** | |
| Defendants. | |

Stipulation and [] Order (C 03-4233 RMW)

The following stipulation requests that the November 22, 2013 case management conference be continued to March 21, 2014, in order to provide the California Department of Corrections and Rehabilitation with additional time to process the settlement payment to Plaintiff. The parties will file a dismissal in the case after the settlement payment is made to Plaintiff.

**STIPULATION**

Under Civil Local Rules 6-2 and 7-12, Plaintiff Avery and Defendant Thompson, by and through their respective counsel, stipulate and request as follows:

1. The parties reached an agreement to settle the case in August 2013;

2. This Court continued the August 30, 2013 case management conference in order to allow the California Department of Corrections and Rehabilitation to begin processing the settlement payment to Plaintiff;

3. The Department needs additional time to make the settlement payment to Plaintiff;

4. With respect to Civil L.R. 6-2(a)(1), the parties have conferred and agree that extension of the deadline is desirable so that the settlement payment can be made to Plaintiff and a request for dismissal filed. Such a continuance will allow the parties to avoid taking up the Court's time on November 22;

5. With respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action include several extensions of time in 2009 and 2010 in connection with the filing of dispositive motions, and the continuance of the August 30, 2013 case management conference;

6. With respect to Civil L.R. 6-2(a)(3), a continuance of the case management conference to March 21, 2014 will not delay other deadlines in the case, since the matter has settled;

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court continue the case management conference to March 21, 2014.

/ / /

/ / /

/ / /

/ / /

1  Dated:  November 20, 2013        By:   /s/  *Lori Rifkin*

2                                          *Attorney for Plaintiff Kyle Avery*

3

4  Dated:  November 20, 2013        By:   /s/  *Michael J. Quinn*

                                            *Attorney for Defendant Thompson*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _Ronald M. Whyte_
        The Honorable Ronald M. Whyte
        United States District Court Judge

SF2009201826
40823530.doc

2

Stipulation and [] Order (C 03-4233 RMW)