| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN<br>Deputy Attorney General |
| 4 | State Bar No. 209542<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5726 |
| 6 |  Fax:  (415) 703-5843<br> E-mail:  Michael.Quinn@doj.ca.gov |
| 7 | *Attorneys for Defendant Thompson* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KYLE WHELAN AVERY,**<br><br>                                   Plaintiff,<br><br>    v.<br><br>**CHACON, et al.,**<br><br>                                   Defendants. | C 03-4233 RMW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

1  IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above
2  entitled action shall be dismissed with prejudice.

4  Dated: November 14, 2013    /s/ Lori Rifkin
                                LORI RIFKIN
5                               Attorney for Plaintiff Avery

7  Dated: November 14, 2013    /s/ Michael J. Quinn
                                MICHAEL J. QUINN
8                               Deputy Attorney General
9                               Attorney for Defendant Thompson

SF2009201826
Stipulation for Voluntary Dismissal (3).doc

**IT IS SO ORDERED**
*Ronald M. Whyte*
Judge Ronald M. Whyte

(United States District Court, Northern District of California seal)

1

Stipulation and [~~Proposed~~] Order for Voluntary Dismissal with Prejudice (C 03-4233 RMW)